IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

BRANNICK RYAN DIXON

NO. 2:25-CR-093-Z

## FACTUAL RESUME

In support of Brannick Ryan Dixon's plea of guilty to the offense in Count One of the Indictment, Dixon, the defendant; Brooks Barfield Jr., the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 2422(b), that is, Enticement of a Minor, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*    That the defendant knowingly persuaded, induced, enticed, or coerced, or attempted to do so, an individual to engage in any sexual activity, as charged in the indictment;

*Second*:    That the defendant used the Internet, a cell phone, or any facility or means of interstate or foreign commerce to do so;

*Third*:    That the defendant believed that such individual was less than 18 years of age; and

*Fourth:*    That, had the sexual activity actually occurred, the defendant could be charged with a criminal offense.

---

[1] Fifth Circuit Pattern Jury Instruction 2.93 (5th Cir. 2024).

**Brannick Ryan Dixon**
**Factual Resume—Page 1**

It is not necessary for the government to prove the individual was in fact less than 18 years of age; but it is necessary for the government to prove the defendant believed such individual to be under that age.

It is not necessary for the government to prove that the individual was actually persuaded, induced, enticed, coerced, into engaging in the described sexual activity, as long as it proves the defendant intended to persuade, induce, entice, or coerce the individual to engage in some form of unlawful sexual activity with the defendant and knowingly took some action that was a substantial step toward bringing it about. A substantial step is conduct that strongly corroborates the firmness of the defendant's criminal attempt. Mere preparation is not enough.

As a matter of law, Indecency with a Child in violation of Texas Penal Code Section 21.11 is a crime under Texas law and has the following elements:

*First.*    The defendant is 17 years of age or older;

*Second.*    The defendant knowingly or intentionally: (1) engaged in sexual contact with a child younger than 17; (2) with the intent to arouse or gratify the sexual desire of any person, exposed the person's anus or any part of the person's genitals, knowing that a child younger than 17 was present; or (3) caused a child younger than 17 to expose the child's anus or any part of the child's genitals.

*Third.*    This happened in Texas.

## STIPULATED FACTS

1.    Brannick Ryan Dixon admits and agrees that from in or around April 2023, to on or about December 1, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly use a facility and means of interstate or foreign commerce, including a cellular telephone, to persuade, induce, entice, or coerce, or attempt to do so, an individual who had not attained the age of eighteen years, to engage in any sexual activity for which he could be charged with a criminal offense. In violation of Title 18, United States Code, Section 2422(b).

Brannick Ryan Dixon
Factual Resume—Page 2

2. At all times material to this factual resume, Brannick Ryan Dixon was a 38-year-old living in Amarillo, Texas. "Jane Doe" was a 15-year-old living in Amarillo. At all times material to this factual resume, Dixon and Doe were not married to each other.

3. Dixon met Doe around April 2023 in the parking lot of a store in Amarillo. Dixon approached her while she was in her vehicle, asked her how old she was, and then asked her for her phone number. Doe told Dixon she was 15 years old. Dixon lied and told Doe he was 19 years old. Doe gave Dixon her phone and he saved his number in it. Dixon and Doe began communicating after that until approximately the date of his arrest on narcotics trafficking charges on December 1, 2023. After Dixon's arrest, investigators reviewed the contents of his cell phone for evidence of narcotics trafficking and located sexually explicit messages between him and Doe.

4. After locating the messages on Dixon's phone, investigators identified Doe. Doe turned 16 years old in December 2023. Doe lived with her grandmother in Amarillo. Doe was forensically interviewed in December 2023. She was upset that Dixon lied to her about his age and everything else that occurred between them. After initially downplaying the relationship, Doe eventually told the interviewer that Dixon had sex with her in May and September 2023 at her grandmother's house.

5. Doe's phone was forensically examined by investigators. It appeared that Doe had deleted much of her communications with Dixon. Investigators recovered messages from Doe's phone beginning in approximately July of 2023. Throughout the messages, Dixon requested photos of Doe, complimented her looks including calling her "sexy" and referencing her body and specific body parts, told her multiple times that he

wanted to see her in person and engage in sexual activity with her, told her he loved her, and discussed sexual activity with her including referencing prior sexual activity they engaged in. Some messages located on Doe's phone from Dixon included the following:

- July 14, 2023: "I been wanting to see you again." "I wanna see you as soon as possible" "Because I was attracted to you." "You need to come over so I can see that body bae" "How freaky are you." "I'm gonna see how freaky you is tomorrow"

- July 15, 2023: "You gonna come through." "You so sexy." "I wanted to kiss you." "Why didn't you." "Well I did." "You should have just kissed me anyways."

- July 16, 2023: "I figured you liked me or thought I was cute I seen you looking at me." "But you fine and sexy you got a sexy fine pretty face with a nice body." "Ass and tittes" "I love you too."

- July 18, 2023: "Wish I was in the shower with you." "Yeah I wanna see that body naked." "Yeah baby" "YOU GOT SOME GOOD PUSSY BAE." "What's your favorite position" "Yeah im.gonna beat that pussy up."

- July 20, 2023: "Oh take a video of you in the shower." "Where's my video at bae."

- August 11, 2023: "You better start answering your phone when I call and start texting me more lol" "You better" "You bet not be cheating on me."

Brannick Ryan Dixon
Factual Resume—Page 4

- August 12, 2023: "Way I'm trying to beat that pussy up." "You said that last night and never came and how you gonna be no where" "We'll see"

6. In August 2023, Dixon got a new cell phone and sent Doe a text from it so she would have the new phone number. The phone Dixon obtained in August 2023 was the phone investigators obtained after his arrest in December of 2023. That phone revealed Dixon contacted Doe's number 3,851 times between August 20, 2023, and December 3, 2023. That phone was a black Motorola cell phone, IMEI: 354812420404733. The following are some of the messages Dixon sent Doe from his black Motorola cell phone:

- September 27, 2023: (after discussing taking a shower together) "Hot shower sex then cold shower sex," "Yeah I want to do something with you."

- October 3, 2023: "That's wuz up you should come over so I can eat that pussy up." "And beat that pussy up."

- October 29, 2023: "Good just woke up about to lay back down it's cold outside," "I wish you was here or I was there with you I wanna hold you," "I wish I was in bed with you." "Oh I like your bed it's so comfortable." They exchange messages discussing having engaged in sexual intercourse with each other at her grandmother's house the night before.

7. Dixon and Doe communicated using cellular telephones, including his Motorola cell phone, which operates as a computer and utilizes the Internet to facilitate the sending of text messages. Motorola cell phones are not manufactured in the State of

Texas, therefore, prior to its use by Dixon in Amarillo, Texas, it had at some time traveled in interstate or foreign commerce. Through their text messages, Dixon persuaded, induced, enticed, and coerced Doe, and attempted to do so, to engage in sexual activity with him. Dixon knew Doe was a minor and 15 years old at the time he messaged her and engaged in sexual activity with her. Dixon admits and agrees the sexually activity he engaged in and enticed Doe to engage in was such that he could have been charged with a criminal offense, specifically a violation of Texas Penal Code § 21.11 (Indecency with a Child).

8. Dixon agrees that he committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

AGREED TO AND STIPULATED on this 24th day of October, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
BRANNICK RYAN DIXON
Defendant

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806-472-7564
Fax: 806-472-7394
Email: callie.woolam@usdoj.gov

_____
BROOKS BARFIELD JR.
Attorney for Defendant

Brannick Ryan Dixon
Factual Resume—Page 6